UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-20848-RAR

**MOUNT SINAI MEDICAL
CENTER OF FLORIDA, INC.,**

    Plaintiff,

vs.

**RAGISHA GOPALAKRISHNAN, M.D.,**

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Mount Sinai Medical Center of Florida, Inc. and Defendant, Ragisha Gopalakrishnan, M.D., by and through undersigned counsel and pursuant to Local Rule 16.4, hereby notify the Court that the Parties have reached a settlement to resolve this matter. The Parties will submit a Joint Stipulation of Dismissal with Prejudice in accordance with the terms and conditions of the settlement agreement entered into between the Parties.

Dated: December 1, 2025                              Respectfully Submitted,

**LASH GOLDBERG FINEBERG LLP**                      **STUMPHAUZER KOLAYA**
2500 Weston Road, Suite 220                          **NADLER & SLOMAN, PLLC**
Weston, Florida 33331                                2 South Biscayne Boulevard, Suite 1600
Tel: 954-384-2500/Fax: 954-384-2510                  Miami, Florida 33131
                                                     T: (305) 614-1400; F: (305) 614-1425

/s/ *Andrea Picco*                                   */s/ Timothy A. Kolaya*
MARTIN GOLDBERG                                      Timothy A. Kolaya
Florida Bar No. 827029                               Florida Bar No. 056140
mgoldberg@lashgoldberg.com                           tkolaya@sknlaw.com
LAUREN ALEXANDER
Florida Bar No. 05844
lalexander@lashgoldberg.com                          *Attorneys for Defendant*
ANDREA PICCO

Florida Bar No. 1011573
apicco@lashgoldberg.com

*Attorneys for Plaintiff*