UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20848-RAR

**MOUNT SINAI MEDICAL
CENTER OF FLORIDA, INC.**

    Plaintiff**,**

v.

**RAGISHA GOPALAKRISHNAN, M.D.**

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Mount Sinai Medical Center of Florida, Inc., and Defendant, Ragisha Gopalakrishnan, M.D., that this action, including all claims Plaintiff asserted against Defendant, are dismissed with prejudice, and with each Party to bear its/her own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| Dated: December 1, 2025 | Respectfully Submitted, |
| **LASH GOLDBERG FINEBERG LLP**<br>2500 Weston Road, Suite 220<br>Weston, Florida 33331<br>Tel: 954-384-2500/Fax: 954-384-2510<br><br>/s/ *Andrea Picco*<br>MARTIN GOLDBERG<br>Florida Bar No. 827029<br>mgoldberg@lashgoldberg.com<br>LAUREN ALEXANDER<br>Florida Bar No. 05844<br>lalexander@lashgoldberg.com<br>ANDREA PICCO<br>Florida Bar No. 1011573<br>apicco@lashgoldberg.com<br>*Attorneys for Plaintiff* | **STUMPHAUZER KOLAYA**<br>**NADLER & SLOMAN, PLLC**<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, Florida 33131<br>T: (305) 614-1400; F: (305) 614-1425<br><br>*/s/ Timothy A. Kolaya*<br>Timothy A. Kolaya<br>Florida Bar No. 056140<br>tkolaya@sknlaw.com<br>*Attorneys for Defendant* |